IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.: 24-cv-2679-PAB-SBP**

THE ESTATE OF AVERY JAMES BORKOVEC,
by and through its co-personal representatives Dylan Bolt and Chris Borkovec

    Plaintiff,

v.

TURN KEY HEALTH CLINICS, LLC;
CITY AND COUNTY OF BROOMFIELD;
THE BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO;
SHERIFF CURTIS JOHNSON, in his official capacity;
BRYAN REICHERT, individually;
CHANTEL TREVIZO, individually;
NELY MORENO-SANTACRUZ, individually;
DEYANIRA MARTINEZ; individually
SHONDA HIGH; individually;
KAELA SEEBURGER; individually;
ALEXIS HENDERSON; individually;
TIFFANY JONES; individually;
MEL PARKER; individually;
JACK MARKLING; individually;
JENNIFER SAMUELS; individually;
BLAKE MORROW; individually;
CHARLES ROBERT DAVIS; individually;

    Defendants.

---

**JOINT MOTION TO DISMISS DEFENDANT THE BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO WITH STIPULATION**

---

    PLAINTIFF THE ESTATE OF AVERY JAMES BORKOVEC, by and through its co-personal representatives Dylan Bolt and Chris Borkovec and DEFENDANTS THE BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO; and SHERIFF

1

CURTIS JOHNSON, in his official capacity (collectively referred to as the "Parties") submit this Stipulation and Joint Motion to dismiss Defendant THE BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO, without prejudice, and, as grounds therefor, state as follows:

1. Plaintiff Estate named County Defendants as Defendants to the 42 U.S.C. § 1983 entity liability claim in their Complaint. (Doc. #1.)

2. Plaintiff has, based on the stipulations set out herein, agreed to dismiss Defendant THE BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO, keeping Sheriff Johnson, in his official capacity, as the sole County Defendant to this action.

3. The Parties agree and stipulate that, as to the dismissal of THE BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO, each party is to bear their own costs and fees.

4. The motion to dismiss concedes that Boulder County Sheriff's Office ("BCSO") is responsible for Boulder County Jail's operations, not the Board of County Commissioners. Without conceding any liability or waiving any argument for dismissal set forth in the Motion to Dismiss or that may be raised in any other dispositive motion or any defense at trial, BCSO stipulates that plaintiff's claims are properly brought against BCSO rather than the Board of County Commissioners.

5. The BOCC and the BCSO (via Sheriff Johnson's official capacity) are currently unaware of any difference between the two entities for insurance coverage, or collectability of a judgment.

6. Nothing in the stipulated motion is intended to waive any other claims or defenses not otherwise expressly addressed.

WHEREFORE, the Parties hereto request that the Court enter an order dismissing Defendants THE BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO, without prejudice, each party to pay their own costs and fees, directing that the court caption be amended to reflect this dismissal.

Respectfully submitted this 28th day of January 2025.

| | |
|---|---|
| */s/ Erica Grossman* | */s/ Josh A. Marks* |
| Erica Grossman | Josh A. Marks |
| Anna Holland Edwards | Geoffrey C. Klingsporn |
| HOLLAND, HOLLAND EDWARDS & GROSSMAN | BERG HILL GREENLEAF RUSCITTI LLP |
| 1437 High Street | 1712 Pearl Street |
| Denver, CO 80218 | Boulder, CO 80302 |
| erica@hheglaw.com | jam@bhgrlaw.com |
| *Attorneys for Plaintiff* | *Attorneys Boulder County Defendants* |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of January 2025, the foregoing was filed using the CM/ECF system. I hereby certify I will send electronic notification of said filing to the following recipients.

| | |
|---|---|
| Katherine M.L. Pratt<br>Christy N. Redmond<br>WELLS, ANDERSON & RACE, LLC<br>kpratt@warllc.com<br>credmond@warllc.com<br>*Attorneys for City and County of Broomfield* | B Chance Holland<br>R. Tate Roush<br>HALL BOOTH SMITH, P.C.<br>cholland@hallboothsmith.com<br>troush@hallboothsmith.com<br>*Attorneys for Turn Key Related Defendants* |
| D. Scott Rendleman<br>Anthony B. Vanicek<br>QUINTAIROS, PRIETO, WOOD & BOYER, PA<br>scott.rendleman@qpwblaw.com<br>Anthony.vanicek@gpwblaw.com<br>*Attorney for Maxim Related Defendants* | Nancy C. Rodgers<br>Christina Pena Corchado<br>BROOMFIELD CITY AND COUNTY OFFICE<br>nrodgers@broomfield.org<br>cpcorchado@broomfield.org<br>*Attorneys for Broomfield Defendants* |
| Josh A. Marks<br>Geoffrey C. Klingsporn<br>BERG HILL GREENLEAF RUSCITTI LLP<br>jam@bhgrlaw.com<br>Geoff.klingsporn@bhgrlaw.com<br>*Attorneys for Boulder Defendants* | Sierra Ward<br>Erica L. Gajda<br>CHILDS MCCUNE LLC<br>sward@childsmccune.com<br>egajda@childsmccune.com<br>*Attorneys for Defendant Davis* |
| Stephanie L. Clark<br>SHARUZI LAW GROUP, LTD.<br>sclark@sharuzilaw.com<br>*Attorney for Defendant Samuels* | Rachel E. Ryckman<br>WHITE AND STEELE, P.C.<br>rryckman@wsteele.com<br>*Attorney for Defendant Parker* |

*/s/ Brooke Thiele-LaForest*
Brooke Thiele-LaForest, Paralegal