IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02679-PAB-SBP

THE ESTATE OF AVERY JAMES BORKOVEC,
by and through its co-personal representatives Dylan Bolt and Chris Borkovec,

    Plaintiff,

v.

TURN KEY HEALTH CLINICS, LLC,
CITY AND COUNTY OF BROOMFIELD,
ENEA HEMPELMANN, in her official capacity,
MAXIM HEALTHCARE STAFFING SERVICES, INC., a/k/a AMERGIS HEALTHCARE STAFFING, INC.,
THE BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,
SHERIFF CURTIS JOHNSON, individually,
BRYAN REICHERT, individually,
CHANTEL TREVIZO, individually,
NELY MORENO-SANTACRUZ, individually,
DEYANIRA MARTINEZ, individually,
SHONDA HIGH, individually,
KAELA SEEBURGER, individually,
ALEXIS HENDERSON, individually,
TIFFANY JONES, individually,
MEL PARKER, individually,
JACK MARKLING, individually,
JENNIFER SAMUELS, individually,
BLAKE MORROW, individually, and
CHARLES ROBERT DAVIS, individually,

    Defendants.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on the Joint Motion to Dismiss Defendant the Board of County Commissioners of Boulder County, Colorado With Stipulation [Docket No. 90]. Plaintiff, defendant the Board of County Commissioners of Boulder County, Colorado ("Boulder County"), and defendant Sheriff Curtis Johnson stipulate to dismiss defendant Boulder County from this action without prejudice. Docket No. 90 at 1–2.

"Although Rule 41(a)(1)(A) refers to dismissal of the 'action,' the rule permits the dismissal of fewer than all parties so long as all claims against a particular party are dismissed." *Kristina Consulting Grp., LLC v. Debt Pay Gateway, Inc.*, 2022 WL 881575, at *2 n.4 (10th Cir. Mar. 25, 2022) (unpublished). Furthermore, "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B). Here, plaintiff, defendant Boulder County, and defendant Sherriff Johnson have stipulated to dismiss this action without prejudice against defendant Boulder County. Docket No. 90 at 3.

Wherefore, it is

**ORDERED** that the Joint Motion to Dismiss Defendant the Board of County Commissioners of Boulder County, Colorado With Stipulation [Docket No. 90] is deemed effective as a means of dismissing defendant the Board of County Commissioners of Boulder County, Colorado.

DATED January 29, 2025.